DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**AMERICAN PLASTIC EQUIPMENT, INC.,**

        Plaintiff,        Civil Action

v.        No. 07-2253-DJW

**TOYTRACKERZ, LLC, et al.,**

        **Defendants.**

## NOTICE AND ORDER TO SHOW CAUSE

TO THE PLAINTIFF AMERICAN PLASTIC EQUIPMENT, INC.:

On March 31, 2008, the Court entered an Order (doc. 44) dismissing with prejudice Counts II-IX of Plaintiff's Complaint. On that same date, the Court entered a second Order (doc. 45) granting Plaintiff leave to file an amended copyright infringement claim (Count I). On April 9, 2008, Plaintiff filed a First Amended Complaint (doc. 49), in which it pled its modified copyright infringement claim. Plaintiff also reasserted, in Counts now denominated II-X, the very same claims that were dismissed on March 31, 2008, and which Plaintiff was never granted leave to reassert.

**IT IS THEREFORE ORDERED** that Plaintiff American Plastic Equipment, Inc. is required to show cause, in a pleading filed by **August 13, 2008**, why Counts II-X of its First Amended Complaint (doc. 49) should not be stricken.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 29th day of July 2008.

                s/ David J. Waxse
                David J. Waxse
                U.S. Magistrate Judge

cc:    All counsel and pro se parties