# TIMESHEET & SUMMARY OF COSTS

Terri Lynn Coop – KS Bar #19269
302 South Lowman Street, Fort Scott, Kansas, 66701

1.    [COPYRIGHT] Met with Rebecca Stroder of Sonnenschein, Nath & Roth to discuss jurisdiction/venue issues as well as substantive law on copyright. Follow up email on 03/29/07. Invoice #937308 attached.

   Date:  03/28/07        Hours: no time claimed      Costs:  $637.50

   NOTE:      Attorney Coop, at that time, not admitted to practice in WDMO, nor versed in law and procedures of WDMO. Sought advice of outside counsel.

2.    [COPYRIGHT] Research on jurisdiction and venue issues. Research conducted on-line via Bourbon County Law Library resources and physical research at Bourbon County Law Library. Preparation of Motion to Dismiss/Transfer Venue. [WDMo doc #6, DKan doc #6]

   Date:  03/30/07 – 04/08/07  Hours: $2812.50, 22.50 hours @ $125.00/hour

| Date | Description | Hours |
|------|-------------|-------|
| 03/30/07: | On-line research on venue and jurisdiction | 3.50 hours |
| 04/03/07: | Physical research at Bourbon County Law Library. Treatises and supplemental material on venue and jurisdiction. | 2.75 hours |
| 04/04/07: | Line-by-line comparison of WDMO complaint to complaint from on-going state court case | 1.25 hours |
| 04/06/07: | On-line research of related legal areas such as 'first filed rule,' and abstention doctrine. | 3.50 hours |
| 04/07/07: | Preparation of first draft of motion and brief. | 5.50 |
| 04/07/07: | Prepare, label, index exhibits. | 1.00 |
| 04/08/07: | Proofread, correct and expand brief. | 2.50 |
| 04/08/07: | Cross-reference legal cites and exhibits | 1.00 |
| 04/10/07: | Final review of motion and brief. Edit for WDMO requirements. Incorporate suggestions of outside counsel. Final proofread and preparation of .pdf docs for filing. | 1.50 |

3.  [COPYRIGHT] Correspond and conference with Rebecca Stroder of Sonnenschein, Nath & Roth to discuss and have outside counsel review venue motion.  Invoice #945175 attached.

    Date:   04/02/07 – 04/09/07   Hours: no time claimed      Costs:  $575.50

4.  [COPYRIGHT] Research and prepartion of reply to plaintiffs response to Motion to Dismiss/Transfer Venue.

    Date:   05/01/07                Hours: $781.25, 6.25 hours @ $125.00/hour

    05/01/07:   Supplemental research needed to formulate reply.   Check all case cites.                    2.50

    05/01/07:   Prepare and proofread reply.  Prepare and index exhibits.  Prepare .pdf documents for filing.     3.75

5.  [TRADEMARK] Correspond and conference with Rebecca Stroder of Sonnenschein, Nath & Roth to discuss reply to motion to dismiss. Invoice #951025 attached (collateral state court issues not claimed).

    Date:   04/17/07 & 04/25/07   Hours: no time claimed      Costs:  $300.00

6.  [TRADEMARK] Review motion and memorandum from plaintiffs motion for partial summary judgment. Prepare and file Response. [WDMo doc #12, DKan doc #12]

    Date:   05/10/07 – 06/05/07   Hours: $2156.25, 17.25 hours @ $125.00/hour

    05/11/07:   Review motion for partial summary judgment and statement of uncontroverted facts.              1.25

    05/14/07:   Review supplemental book filed by plaintiffs     0.75

    05/29/07:   On-line research:  preclusive effect of a non-binding administrative agency decision, standards for 'trademark confusion.'                         6.75

    06/02/07:   Prepare first draft of response to uncontroverted facts,  statement of additional uncontroverted facts, memorandum in opposition to motion.          6.00

    06/03/07:   Proofread and final edits of response.  Prepare and Index exhibits.  Prepare .pdf docs for filing.     2.50

7.	[TRADEMARK] Research on trademark issues.  Research on law of collateral estoppel, res judicata, and counterclaim.  Research conducted on-line via Bourbon County Law Library resources and physical research at Johnson County Law Library.  Preparation of Motion to Dismiss Counts II - IX. [DKan doc #20]

Date:	07/02/07 – 08/06/07	Hours: $5531.25, 42.25 @ $125.00/hour

| | | |
|---|---|---|
| 07/01/07: | On-line research on trademark issues.  Many decisions not available via Bourbon County resources | 4.50 |
| 07/03/07: | On-line research on res judicata and collateral estoppel. | 4.25 |
| 07/04/07: | On-line research on counterclaim issues | 4.50 |
| 07/05/07: | Research and cross-reference records regarding fabricated Missouri sale. | 3.00 |
| 07/09/07: | Research through physical and expanded on-line resources at Johnson County Law Library on trademark issues and decisions not available through Bourbon County on-line resources. | 7.50 |
| 07/14/07: | Preparation of first draft of motion to dismiss | 8.25 |
| 07/16/07: | Proofread and edit motion to dismiss | 2.00 |
| 07/20/09: | Based on conference with outside counsel, additional research and editing. | 3.50 |
| 07/28/07: | Proofread and edit motion to dismiss | 2.75 |
| 08/05/07: | Final edits on motion to dismiss.  Check case cites.  Index table of authorities.  Index 29 exhibits.  Prepare .pdf docs for filing. | 4.00 |

8.	[TRADEMARK] Correspond and conference with Rebecca Stroder of Sonnenschein, Nath & Roth to discuss motion to dismiss.  Invoice #967026 attached.

Date:	07/19/07	Hours: no time claimed	Costs:  $94.00

9.	[COPYRIGHT] Research on copyright issues.  Research conducted on-line via Bourbon County Law Library resources and physical research at University Of Kansas Library and Pitt State Library.

Preparation of Motion to Dismiss Count I.  [DKan doc #22]

Date:   07/02/07 – 08/06/07   Hours: $4187.50, 33.50 @ $125.00/hour

| | | |
|---|---|---|
| 08/08/07: | Online research regarding information on copyrights from before 1975.  Research government database for renewal and/or assignment information. | 4.25 |
| 08/08/07: | Research on copyright registrations at Pittsburg State Library.  PU is a federal repository of Copyright information.  However, data was on Microfilm and incomplete for 1965 – 1967 | 3.75 |
| 08/10/07: | Research on copyrights at University of Kansas Library.  KU is a federal respository of the hard copies of the 'Catalog of Copyright Entries,' the only resource for copyrights registered before 1975 | 8.50 |
| 08/11/07: | Online research on standing and jurisdiction | 4.75 |
| 08/12/07: | First draft of motion to dismiss Count I | 4.25 |
| 08/14/07: | Proofread and edit motion to dismiss Count I | 2.75 |
| 08/15/07: | Additional on-line research and check case cites | 2.25 |
| 08/17/07: | Final proofread and edit of motion to dismiss Count I, index 15 exhibits, prepare .pdf docs | 3.00 |

10.   [TRADEMARK] Research and prepartion of reply to plaintiffs response to Motion to Dismiss Counts II-IX [DKan. Doc #27].

Date:   08/23/07-08/27/07      Hours: $1750.00, 14.00 hours @ $125.00/hour

| | | |
|---|---|---|
| 08/24/07: | Review plaintiff's response and check all case cites. NOTE:  plaintiff's cite of *Seigel v. Time Warner* without a digest or page number cite, review of this 73 page decision required additional time. | 4.75 |
| 08/25/07: | Additional research on issues of exclusive versus concurrent jurisdiction | 3.50 |
| 08/26/07: | First draft of Reply | 3.75 |
| 08/27/07: | Proofread, edit and finalize Reply.  Index exhibits and prepare .pdf docs. | 2.00 |

11.  [COPYRIGHT] Research and prepartion of reply to plaintiffs
response to Motion to Dismiss Counts I [DKan. Doc #28].

Date:   08/28/07-08/29/07      Hours: $1093.75, 8.75 hours @ $125.00/hour

| | | |
|---|---|---|
| 08/28/07: | Review plaintiff's response and check all case cites.  Supplemental research | 3.50 |
| 08/28/07: | Prepare first draft of reply | 3.25 |
| 08/29/07: | Final proofreading and edit.  Prepare .pdf docs for filing. | 2.00 |

12.  [TRADEMARK] Prepare for and participate in Scheduling Conference

Date:   09/10/07                     Hours: $93.75, .75 hours @ $125/hour

13.  [TRADEMARK] Review motion and memorandum from plaintiffs
motion for partial summary judgment. Prepare and file Response.
[DKan doc #29]

NOTE:  This is a completely different motion than filed in document #12 and
required additional research and drafting of a different response.

Date:   09/19/07 – 11/01/07   Hours: $2562.50, 20.50 hours @$125.00/hour

| | | |
|---|---|---|
| 09/20/07: | Review motion, statement of facts and exhibits. | 1.75 |
| 09/25/07: | On-line research into Florida corporate records. Order certified copies of records for American and Marx Toys. | 1.00 |
| 09/28/07: | On-line research into Ohio corporate records. Download certified copies for Marx Toys and Mahoning Valley Plastics. | 1.25 |
| 09/28/07: | On-line research into the civil case database for Mahoning County Ohio.  Discovery of relevant civil action 02 CV 339.  Read and download all pleadings and court opinions.   Contact Mahoning County to order certified copies of file. | 2.50 |
| 10/01/07: | On-line research into ED New York criminal case involving use of 'Marx' trademark to perpetuate stock fraud.  Multiple defendants. | |

| | Read and download available pleadings, correspondence and court opinions. | 2.50 |
|---|---|---|
| 10/05/07: | On-line research into United States SEC records. Read and download quarterly reports relevant to purchase of 'Marx Toys, Inc.' by Stereoscape. | 2.00 |
| 10/15/07: | On-line research on corporate law and concept of 'legal person.' Prepare Rule 56(f) affidavit | 1.25 |
| 10/17/07: | First draft of section A1a-1c of response. | 1.50 |
| 10/24/07: | First draft of section A1d of response. Incorporate Mahoning County civil case into response | 1.50 |
| 10/26/07: | First draft of second 1e-g and B of response. Research into issue of trademark confusion | 2.00 |
| 10/28/07: | Finalize first draft of response. | 1.75 |
| 10/31/07: | Proofread and edit. Create table of authorities. Index 17 exhibits. Prepare .pdf docs for filing | 1.50 |

14. [TRADEMARK] Correspond and conference with Rebecca Stroder of Sonnenschein, Nath & Roth to discuss response and Rule 56(f) Affidavit. Invoice #990775 attached.

Date: 10/03/07 – 10/25/07   Hours: no time claimed       Costs: $211.50

15. [COPYRIGHT] Review amended complaint. [DKan. Doc #49].

Date: 04/10/08       Hours: $125.00, 1.00 hours @ $125.00/hour

16. [COPYRIGHT] Research and prepare motion for summary judgment pursuant to Court order of 03/31/08. [DKan. Doc #50].

Date: 03/31/08-05/08/08       Hours: $2875.00, 23.00 hours @ $125.00/hour

| 04/15/08: | On-line research for the multiple sales of Original Louis Marx & Co. through SEC and West Virginia resources | 4.50 |
|---|---|---|
| 04/20/08: | First draft of statement of uncontroverted facts | 2.00 |
| 04/25/08: | First draft of memorandum in support | 2.75 |

|  |  |  |
|---|---|---|
| 04/27/08: | Review hard copies of SEC filings for Quaker Oats from 1972 – 1976 regarding purchase of original Louis Marx & Co. | 2.75 |
| 04/27/08: | On-line research of corporate merger info with Ohio Sec of State resources | 2.25 |
| 04/29/08: | Review scholarly research book regarding the now defunct Dunbee-Combex-Marx | 2.50 |
| 04/30/08: | Addition sum judgment research regarding failure to plead prima facie case | 2.00 |
| 05/02/08: | Edit and expand draft statement of facts and Memorandum in support based on research | 2.75 |
| 05/07/08: | Final proofread and edits.  Index exhibits. Prepare .pdf docs for filing | 1.50 |

17.     [COPYRIGHT] Research and prepare Reply to plaintiff's Response motion for summary judgment.  [DKan. Doc #57].

Date:   06/11/08-06/12/08     Hours: $750.00, 6.00 hours @ $125.00/hour

|  |  |  |
|---|---|---|
| 06/11/08: | Review plaintiff's response | 1.25 |
| 06/11/08: | First draft of reply | 2.25 |
| 06/12/08: | Review, proofread, edit and expand reply | 2.50 |

18.     [COPYRIGHT] Research and prepare motion for protective order.  [DKan. Doc #67].

Date:   07/18/08-07/22/08     Hours: $812.50, 6.50 hours @ $125.00/hour

|  |  |  |
|---|---|---|
| 07/18/08: | On-line research into Kansas law regarding protective order to stay discovery download cases without digest cites | 3.00 |
| 07/19/08: | Prepare first draft of motion for protective order | 2.25 |
| 07/20/08: | Final proofread, edit and preparation of .pdf docs for filing | 1.25 |

19.    [COPYRIGHT] Research and prepare Response to plaintiff's motion
       to disqualify Counsel.  [DKan. Doc #75].

       Date:   07/23/08-07/30/08      Hours: $500.00, 5.00 hours @ $125.00/hour

       07/23/08:      Review plaintiff's motion.  Check all case cites      1.50

       07/25/08:      Draft defendant's suggested criteria for DQ based
                      on similar Kansas cases                               1.75

       07/29/08:      Finalize response incorporating research and
                      Sample DQ criteria.                                   1.75

20.    [COPYRIGHT] Research and prepare Response to plaintiff's motion
       for leave to supplement summary judgment response [DKan. Doc #74].

       Date:   07/28/08-07/30/08      Hours: $500.00, 4.00 hours @ $125.00/hour

       07/28/08:      Review plaintiffs motion and relevant discovery
                      Material                                              1.50

       07/28/08:      Supplemental research on Rule 56(f)                   1.25

       07/29/08:      Prepare, proofread, edit response                    1.25

21.    [COPYRIGHT] Research and prepare reply to plaintiff's supplemental
       response to motion for summary judgment.  [DKan. Doc #81].

       Date:   09/28/08-10/03/08      Hours: $656.25, 5.25 hours @ $125.00/hour

       09/28/08:      Review plaintiffs supplemental response              0.50

       09/29/08       Cross-reference original complaint to amended
                      complaint to verify areas of insufficient pleading   0.50

       09/29/08:      Final review of discovery materials and responses    0.50

       09/29/08:      Supplemental on-line summary judgment research       1.25

       10/01/08:      First draft of reply to supplemental response        1.25

       10/02/08:      Final proofread, edit, cite check of Reply.          1.25

**TIME SHEET SUMMARY**

Time Period:               03/28/07 – 10/03/08

Total Legal Hours:    216.50 (based on above timesheet summary)

      Trademark Related:  94.75
      Copyright Related:   121.75

Hourly Rate:           $125.00/hour (average civil case rate for Bourbon County Bar)

Attorney's Fees:      $27,062.50

      Trademark Related:  $11,843.75
      Copyright Related:   $15,218.75

Outside Counsel:     $1,818.50 (see attached invoices)

      Trademark Related:  $605.50
      Copyright Related:   $1,213.00

**TOTAL REQUEST: $28,881.00**

      **Trademark Related: $12,449.25**
      **Copyright Related:  $16,431.75**

# March 2007

## Terri Coop

New Missouri case #4:07-cv-185

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     | 1   | 2   | 3   |
| 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| 18  | 19  | 20  | 21  | 22  | 23  | 24  |
| 25  | 26  | 27  | 28  | 29  | 30  | 31  |
|     |     |     |     |     |     |     |

03/28/07:  Trip to KCMO, meet with Rebecca Stroder re new Missouri case

03/29/07:  Follow up emails with Rebecca Stroder

03/30/07:  Start on-line case research about venue – new subject for me! (5 – 8:30 PM)

TOTAL FOR MARCH 2007:  3.50 HOURS

# April 2007

Terri Coop

New Missouri case #4:07-cv-185

| Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
| 29 | 30 | | | | | | |
| | | | | | | | |

04/03/07: Grind it out research at Bourbon County Law Library, treatises, ALJ, etc. (1:00 – 3:45 PM)

04/04/07: Get out the ruler and compare new complaint with old, line-by-line, discover fact deletions (5:30 – 6:45 PM)

04/06/07: On-line research about the esoterics such as 'first-filed rule' and abstention, formulate outline (2:00 – 5:30 PM)

04/07/07: So much for Saturday. Crunch out first draft of venue brief (10:00 – 3:30 PM)

04/07/07: Cross reference exhibits and prepare filing index for exhibits (4:00 – 5:00 PM)

04/08/07: Proofread draft and correct for typos and style. Expand weak areas with additional caselaw (9:00 – 11:30 AM)

04/08/07: Double check all case cites, prepare table of authorities, double check exhibit references, proofread (5:00 – 6:00 PM)

04/10/07: Final review. Brief is too long for WDMO. Adjust format, delete sections per advice, delete unneeded exhibits, prepare to to file (9:00 – 10:30 AM)

TOTAL FOR APRIL 2007: 19 HOURS

# May 2007

## Terri Coop

New Missouri Case #4:07-cv-185

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |
|  |  |  |  |  |  |  |

05/01/07: Review response brief, check all case cites, follow-up research (2:00 PM – 4:30 PM)

05/01/07: Dive in and write reply. Proofread, double check cites, prep exhibits, render ready for filing (5:00 – 8:45 PM)

05/11/07: Woo Hoo! Yet another sum judge motion on Fort Apache. Review this round of facts and law – check cites (5:00 – 6:15 PM)

05/14/07: Review supplemental material filed by plaintiffs, excerpts from Jay's lame-ass playset book (9:00 – 9:45 PM)

05/29/07: Research, Research, Research – to rebut claim that USPTO letter is binding and trademark confusion (1:00 – 7:00 PM)

TOTAL HOURS FOR MAY 2007: 15.00

# June 2007                    Terri Coop

| Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|-----|-----|-----|-----|-----|-----|-----|---|
| | | | | | 1 | 2 | New Missouri Case #4:07-cv-185 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| | | | | | | | |

06/02/07: Another Saturday lost. First draft of response to FAF sum judgment, add uncontroverted facts, first draft memo (11:00 – 5:00 PM)

06/03/07: Proofread, edit and double check all cites and exhibits. Prep exhibits, Prep docs for filing (3:00 PM – 5:30 PM)

TOTAL HOURS FOR JUNE 2007: 8.50

# July 2007

## Terri Coop

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |
| | | | | | | |

REMINDER!  CHANGE CASE NUMBER ON ALL PLEADINGS, REMANDED BACK TO KANSAS IN JUNE!  WOO HOO!

07/01/07:  Online research for trademark issues, Patent Quarterly not available in any searches ☹ (2:00 – 6:30 PM)

07/03/07:  Online research into res judicata and collateral estoppel  (2:00 – 6:15 PM)

07/04/07:  Online research on counterclaim, tracking down that elusive Kansas case (2:00 – 6:30 PM)

07/10/07:  Trip to Johnson County law library to access legal databases not available in Bourbon County (9:00 AM – 5:00 PM) [.5 hour break]

07/14/07:  Gee, it's Saturday and I'm drafting motions.  First draft motion to dismiss. (10:00 – 7:00 PM [.75 hour lunch break]

07/16/07:  Proofread and edit motion to dismiss (4:00 – 6:00 PM)

07/20/07:  Got suggestions from Rebecca.  Edit and incorporate suggestions, research to check cites.  (4:00 – 7:30 PM)

07/28/07:  Long motion.  Give another proofreading round, correct typos, expand weak arguments.  (4:00 – 6:45 PM)

TOTAL HOURS FOR JULY 2007:  40.25

# August 2007

Terri Coop

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | |
| 26 | 27 | 28 | 29 | 30 | 31 | | |
| | | | | | | | |

08/05/07: Final editing and proofread slog through motion. Double check case cites, index 29 exhibits, prep docs (2:00 – 6:00 PM)

08/08/07: Time to work on copyright claim. Online research in legal databases, journal articles, copyright databases. (1:00 – 4:15 PM)

08/08/07: Info on pre-1975 copyrights NOT online, call Pitt State, discover info on microfilm. Trip to library, go through microfilm. Film records are incomplete and marginal quality. Not good enough to print, but tells me where I need to expand research. (5:00 – 8:45 PM)

08/10/07: Trip to KU library to review hard copies of the CCE (Catalog of Copyright Entries). Only set available in Kansas. I'm probably the first to ever open most of the books. Research copyright information for 1964-1975. Make copies as needed. (9:00 – 6:00 PM) [.5 hour lunch]

08/11/07: It's Saturday! Online research on standing and jurisdiction. American don't haz it! (1:00 – 5.45 PM)

08/12/07: Good thing I don't have kids. First draft of motion to dismiss count I (2:00 – 6:45 PM)

08/14/07: Proofread and edit motion. Expand lean areas, delete an inplausible argument after cross-checking caselaw. (4:00 – 6:45 PM)

08/15/07: Supplemental research and check all case cites (4:00 – 6:15 PM)

08/17/07: Final edit and proofread. Prep authorities and index exhibits. (3:00 – 6:00 PM)

08/24/07: Review response to TM motion. Find Siegel case via Google. Read articles analyzing Siegel decision. Read it, can't find plaintiffs cite. Pull up other cases referenced in Siegel and find controlling authority. (2:00 – 6:45 PM)

08/25/07: Saturday yet again . . . research question raised in Siegel about state v. federal jurisdiction and concurrent v. exclusive jurisdiction. (2:00 – 5:50 PM)

08/26/07: First draft of reply – distinguish instant case from Siegel. (3:00 – 6:45 PM)

08/27/07: Proofread, edit and finalize reply. Prep docs and exhibits for filing (6:00 – 8:00 PM)

08/28/07: Review plaintiffs response to TM motion. Check cites to record and cases. (3:00 – 6:30 PM)

08/28/07: Prep first draft of reply (7:00 – 9:15 PM)

08/29/07: Shouldn't have typed so late, final proofreading and edit was rough. Prep docs for filing (4:00 – 6:00 PM)

TOTAL HOURS FOR AUGUST 2007: 58.00

# September 2007

Terri Coop

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |  |  |  |  |  |  |

09/10/07:  Prep and participate in telephone scheduling conference post conference notes (10:45 – 11:30 AM)

09/20/07:  Review FAF sum judgment motion #2.  Compare to FAF #1.  Strategy notes.  (4:00 – 5:45 PM)

09/25/07:  Online research – FL SOS, need certified copies of corp docs. (12:00 – 1:00 PM)

09/28/07:  Plot thickens, find Mahonong County civil case, read/print pleadings order certified copies (1:30 – 4:00 PM)

TOTAL HOURS FOR SEPTEMBER 2007:  6.50

# October 2007

## Terri Coop

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
| 28 | 29 | 30 | 31 | | | | |
| | | | | | | | |

10/01/07:  Online research into affiliated entities.  Uncover Stephen Wise fraud case.  Read/print docs and opinions (3:00 – 5:30 PM)

10/05/07:  Delve into SEC records for MTE re sale of company.  Print and read relevant docs.  (4:00 – 6:00 PM)

10/15/07:  Online research re 'legal person' and corporate veil.  Prep FRCP 56(f) affidavit to stay sum judge for discovery.  (5:00 – 6:15 PM)

10/17/07:  First draft of response, concentrate on section 1a – 1c (4:00 PM – 5:30 PM)

10/24/07:  First draft of response.  Proof and edit, add 1d and Mahoning County facts.  (4:00 – 5:30 PM)

10/26/07:  First draft of response.  Supplemental TM research, add 1e – 1g and section B (4:00 – 6:00 PM)

10/28/07:  Pull together draft of response.  Proofread, edit and expand lean areas (4:00 – 5:45 PM)

10/31/07:  Happy Halloween!  Proof and edit.  Check case cites.  Index 17 exhibits, prep for filing (4:00 – 5:30 PM)

TOTAL HOURS FOR OCTOBER:  14 HOURS

Plan further ahead with the CalendarsThatWork.com Premium Membership

# November 2007

### Terri Coop

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     | 1   | 2   | 3   |
| 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| 18  | 19  | 20  | 21  | 22  | 23  | 24  |
| 25  | 26  | 27  | 28  | 29  | 30  |     |
|     |     |     |     |     |     |     |

No court activity.

TOTAL HOURS FOR NOVEMBER 2007:  0.00

# December 2007

Terri Coop

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

No court activity.

TOTAL HOURS FOR DECEMBER 2007: 0.00

Get more great calendars with the CalendarsThatWork.com Premium Membership

## January 2008

Terri Coop

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     | 1   | 2   | 3   | 4   | 5   |
| 6   | 7   | 8   | 9   | 10  | 11  | 12  |
| 13  | 14  | 15  | 16  | 17  | 18  | 19  |
| 20  | 21  | 22  | 23  | 24  | 25  | 26  |
| 27  | 28  | 29  | 30  | 31  |     |     |
|     |     |     |     |     |     |     |

REMEMBER TO CHANGE ALL DATES IN PLEADINGS AND CERT SERVICE DOCS!

NO COURT ACTIVITY

TOTAL HOURS FOR JANUARY 2008:  0.00

# February 2008

## Terri Coop

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     | 1   | 2   |
| 3   | 4   | 5   | 6   | 7   | 8   | 9   |
| 10  | 11  | 12  | 13  | 14  | 15  | 16  |
| 17  | 18  | 19  | 20  | 21  | 22  | 23  |
| 24  | 25  | 26  | 27  | 28  | 29  |     |
|     |     |     |     |     |     |     |

NO COURT ACTIVITY

TOTAL HOURS FOR FEBRUARY 2008: 0.00

# March 2008

## Terri Coop

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     |     | 1   |
| 2   | 3   | 4   | 5   | 6   | 7   | 8   |
| 9   | 10  | 11  | 12  | 13  | 14  | 15  |
| 16  | 17  | 18  | 19  | 20  | 21  | 22  |
| 23  | 24  | 25  | 26  | 27  | 28  | 29  |
| 30  | 31  |     |     |     |     |     |

NO COURT ACTIVITY

March 31, 2007:  District Court issues opinion dismissing counts II –IX!  Woo Hoo!

TOTAL HOURS FOR MARCH 2008:  0.00

# April 2008

**Terri Coop**

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|-----|-----|-----|-----|-----|-----|-----|--|
|     |     | 1   | 2   | 3   | 4   | 5   |  |
| 6   | 7   | 8   | 9   | 10  | 11  | 12  |  |
| 13  | 14  | 15  | 16  | 17  | 18  | 19  |  |
| 20  | 21  | 22  | 23  | 24  | 25  | 26  |  |
| 27  | 28  | 29  | 30  |     |     |     |  |
|     |     |     |     |     |     |     |  |

04/15/08:  Court orders to redo copyright dismiss into sum judgment.  Research in WV and OH databases regarding multiple sales of original Marx Toys.  (2:00 – 4:30 PM)

04/20/08:  First draft of statement of facts.  (4:00 – 6:00 PM)

04/25/08:  First draft of support brief (4:00 – 6:45 PM)

04/26/08:  Review hard copies of SEC filings for Quaker Oats for 1972 – 1976 re purchase of Marx Toys.  (4:00 – 6:45 PM)

04/27/08:  Additional online research re merger of Quaker Oats and Marx Toys, download docs (4:00 – 6:15 PM)

04/29/08:  Read relevant sections of 'The History of the British Toy Industry' re history of Dunbee-Combrex (7:00 – 9:30 PM)

04/30/08:  Online research re sum judge for prima facie failure, draft memo section (4:00 – 6:00 PM)

TOTAL HOURS APRIL 2008:  18.75

## May 2008

Terri Coop

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     | 1   | 2   | 3   |
| 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| 18  | 19  | 20  | 21  | 22  | 23  | 24  |
| 25  | 26  | 27  | 28  | 29  | 30  | 31  |
|     |     |     |     |     |     |     |

05/02/08:  edit and expand fact statement, edit and expand memorandum based on additional research (4:00 – 6:45 PM)

05/07/08:  final edit and proofread, check case cites, index exhibits, prep docs for filing (4:00 – 5:30 PM)

TOTAL HOURS FOR MAY 2008:  4.25

## June 2008

Terri Coop

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |
| | | | | | | |

06/11/08:  review plaintiffs response to copyright sum judge motion (4:00 – 5:15 PM)

06/11/08:  first draft of reply (6:00 – 8:15 PM)

06/12/08:  review, proof, edit and prep for filing (5:00 – 7:30 PM)

TOTAL HOURS FOR JUNE 2008:  6.00

# July 2008

## Terri Coop

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | |
| 27 | 28 | 29 | 30 | 31 | | | |
| | | | | | | | |

07/18/08:  online research into Kansas standards for a discovery protective order, download cases  (4:00 – 7:00 PM)

07/19/08:  first draft of motion for protective order (4:00 – 6:15 PM)

07/20/08:  final review, edit and expand motion for PO, prep docs to file (5:00 – 6:15 PM)

07/23/08:  review motion to DQ counsel, check case cites (5:00 – 6:30 PM)

07/25/08:  draft suggested DQ order based on Kansas research (4:00 – 5:45 PM)

07/28/08:  review plaintiffs motion for leave, review relevant discovery (5:00 – 6:30 PM)

07/28/08:  supplemental research on FRCP 56(f) (7:30 PM – 8:45 PM)

07/29/08:  proof, edit, expand DQ response after additional research, prep for filing.  (5:00 – 6:45 PM)

07/29/08:  prepare and edit response to motion for leave (7:30 – 8:45 PM)

TOTAL HOURS FOR JULY 2008:  15.50

# August 2008

Terri Coop

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     | 1   | 2   |
| 3   | 4   | 5   | 6   | 7   | 8   | 9   |
| 10  | 11  | 12  | 13  | 14  | 15  | 16  |
| 17  | 18  | 19  | 20  | 21  | 22  | 23  |
| 24  | 25  | 26  | 27  | 28  | 29  | 30  |
| 31  |     |     |     |     |     |     |

NO COURT ACTIVITY

TOTAL HOURS FOR AUGUST 0.00

# September 2008

Terri Coop

New Kansas Case 2:07-cv-2253

| Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|-----|-----|-----|-----|-----|-----|-----|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | |
| 28 | 29 | 30 | | | | | |
| | | | | | | | |

09/27/08: print and review plaintiffs supplemental response (8:00 – 8:30 PM)

09/29/08: cross reference original complaint to amended complaint to verify weak and insufficient areas (5:00 – 5:30 PM)

09/29/08: additional review of discovery materials and responses (6:30 – 7:00 PM)

TOTAL HOURS FOR SEPTEMBER 2008: 2.75

# October 2008          Terri Coop

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     | 1   | 2   | 3   | 4   |
| 5   | 6   | 7   | 8   | 9   | 10  | 11  |
| 12  | 13  | 14  | 15  | 16  | 17  | 18  |
| 19  | 20  | 21  | 22  | 23  | 24  | 25  |
| 26  | 27  | 28  | 29  | 30  | 31  |     |
|     |     |     |     |     |     |     |

10/01/08:  first draft of reply to plaintiffs supplemental response (6:00 – 7:15 PM)

10/02/08:  final proofread, edit and cite check of reply.  Prep for filing (6:00 – 7:15 PM)

TOTAL HOURS FOR OCTOBER 2008:  2.50



SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

Brussels
Chicago
Kansas City
Los Angeles
New York
Phoenix
San Francisco
St. Louis
Short Hills, N.J.
Washington, D.C.
West Palm Beach

TOYTRACKERZ, INC.
TERRI LYNN COOP                                                    April 9, 2007
302 SOUTH LOWMAN STREET
FORT SCOTT,  KS  66701                                  **Invoice No. 937308**
USA

Client/Matter: 70000264-0001

TOYTRACKERZ, INC.                                    Payment Due Upon Receipt

---

**Total This Invoice**                              **$          637.50**

**Please return this page with your payment to:**

Sonnenschein Nath & Rosenthal LLP
Dept. 3078
Carol Stream, IL 60132-3078

**OR**

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number*
*All payments must be in U.S. Dollars*

Questions relating to this invoice should be directed to M. Johnson at (816) 460-2400

*Federal Tax I.D. Number 36-1796730*



American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri  64111-7700

Chicago
Kansas City
Los Angeles
New York
Phoenix
San Francisco
St. Louis
Short Hills, N.J.
Washington, D.C.
West Palm Beach

TOYTRACKERZ, INC.
TERRI LYNN COOP
302 SOUTH LOWMAN STREET
FORT SCOTT,  KS  66701
USA

April 9, 2007

**Invoice No. 937308**

Client/Matter:   70000264-0001

TOYTRACKERZ, INC.

---

**For Professional Services Rendered through March 31, 2007:**

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 3/28/07 | R. Stroder | 2.25 | Review pleadings in state and federal cases in preparation for meeting with Ms. Coop; meet with Ms. Coop to discuss strategy for case, including procedural and substantive copyright issues; email correspondence with Ms. Coop regarding exclusion of evidence. |
| 3/29/07 | R. Stroder | 0.30 | Email correspondence with Ms. Coop regarding federal court case. |
| **Total Hours** | | **2.55** | |
| **Fee Amount** | | | **$637.50** |

**TIME AND FEE SUMMARY**

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| R. Stroder | $250.00 | 2.55 | $637.50 |
| **Totals** | | **2.55** | **$637.50** |

| | | | |
|---|---|---|---|
| Fee Total | $ | 637.50 | |
| Invoice Total | $ | 637.50 | |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

Brussels
Chicago
Kansas City
Los Angeles
New York
Phoenix
San Francisco
St. Louis
Short Hills, N.J.
Washington, D.C.
West Palm Beach

## ** THIS IS NOT AN INVOICE **

TOYTRACKERZ, INC.
TERRI LYNN COOP                                                April 9, 2007
302 SOUTH LOWMAN STREET
FORT SCOTT,  KS  66701                          Client/Matter #: 70000264-0001
USA

TOYTRACKERZ, INC.

---

## Statement of Account

According to our records, as of April 9, 2007, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|------|-------------|----------------|-----------------------|---------------|
| 04/09/07 | 937308 | 637.50 | 0.00 | 637.50 |
| | | **Total Outstanding Invoices** | | **637.50** |

Questions should be directed to M. Johnson at (816) 460-2400

*Federal Tax I.D. Number 36-1796730*

MPJ/KC



SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

Brussels
Chicago
Dallas
Kansas City
Los Angeles
New York
Phoenix
San Francisco
Silicon Valley
St. Louis
Short Hills, N.J.
Washington, D.C.
West Palm Beach

TOYTRACKERZ, INC.
TERRI LYNN COOP                                                     May 9, 2007
302 SOUTH LOWMAN STREET
FORT SCOTT,  KS  66701                                   **Invoice No. 945175**
USA

Client/Matter: 70000264-0001

TOYTRACKERZ, INC.                               Payment Due Upon Receipt

_____

**Total This Invoice**                               **$        575.00**

**Please return this page with your payment to:**

Sonnenschein Nath & Rosenthal LLP
Dept. 3078
Carol Stream, IL 60132-3078

**OR**

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number*
*All payments must be in U.S. Dollars*

Questions relating to this invoice should be directed to M. Johnson at (816) 460-2400

*Federal Tax I.D. Number 36-1796730*



American Century Tower II
4520 Main Street, Suite 1100   Chicago
Kansas City, Missouri  64111-7700   Kansas City
Los Angeles
New York
Phoenix
San Francisco
St. Louis
Short Hills, N.J.
Washington, D.C.
West Palm Beach

TOYTRACKERZ, INC.                                      May 9, 2007
TERRI LYNN COOP
302 SOUTH LOWMAN STREET                      **Invoice No. 945175**
FORT SCOTT,  KS  66701
USA


Client/Matter:   70000264-0001

TOYTRACKERZ, INC.

---

**For Professional Services Rendered through April 30, 2007:**

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 4/2/07 | R. Stroder | 0.80 | Email correspondence with Ms. Coop regarding copyright cases. |
| 4/4/07 | R. Stroder | 0.50 | Phone conference with Ms. Coop to discuss procedural arguments for motion to dismiss in Missouri federal case. |
| 4/9/07 | R. Stroder | 1.00 | Review motion in response to federal complaint; email and phone correspondence with Ms. Coop regarding same. |
| **Total Hours** | | **2.30** | |
| **Fee Amount** | | | **$575.00** |


### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| R. Stroder | $250.00 | 2.30 | $575.00 |
| **Totals** | | **2.30** | **$575.00** |

| | | |
|---|---|---|
| **Fee Total** | $ | 575.00 |
| **Invoice Total** | $ | 575.00 |



**SONNENSCHEIN NATH & ROSENTHAL LLP**

www.sonnenschein.com

Brussels
Chicago
Dallas
Kansas City
Los Angeles
New York
Phoenix
San Francisco
St. Louis
Short Hills, N.J.
Silicon Valley
Washington, D.C.
West Palm Beach

## ** THIS IS NOT AN INVOICE **

TOYTRACKERZ, INC.
TERRI LYNN COOP                                          May 9, 2007
302 SOUTH LOWMAN STREET
FORT SCOTT,  KS  66701                         Client/Matter #: 70000264-0001
USA

TOYTRACKERZ, INC.

---

## Statement of Account

According to our records, as of May 9, 2007, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

|  |  |  | Payments/ |  |
| **Date** | **Invoice No.** | **Invoice Amount** | **Adjustments** | **Total** |
| --- | --- | --- | --- | --- |
| 04/09/07 | 937308 | 637.50 | (200.00) | 437.50 |
| 05/09/07 | 945175 | 575.00 | 0.00 | 575.00 |
|  |  | **Total Outstanding Invoices** |  | **$1,012.50** |

Questions should be directed to M. Johnson at (816) 460-2400

*Federal Tax I.D. Number 36-1796730*

MPJ/KC



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

TOYTRACKERZ, INC.
TERRI LYNN COOP                                                                June 7, 2007
302 SOUTH LOWMAN STREET
FORT SCOTT,  KS  66701                                             **Invoice No. 951025**
USA

Client/Matter: 70000264-0001

TOYTRACKERZ, INC.                                              Payment Due Upon Receipt

___

**Total This Invoice**                                          **$          800.00**

**Please return this page with your payment to:**

Sonnenschein Nath & Rosenthal LLP
Dept. 3078
Carol Stream, IL 60132-3078

**OR**

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number*
*All payments must be in U.S. Dollars*

Questions relating to this invoice should be directed to M. Johnson at (816) 460-2400

*Federal Tax I.D. Number 36-1796730*

*Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   West Palm Beach*



American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri 64111-7700

TOYTRACKERZ, INC.                                                    June 7, 2007
TERRI LYNN COOP
302 SOUTH LOWMAN STREET                                    **Invoice No. 951025**
FORT SCOTT, KS 66701
USA

Client/Matter: 70000264-0001

TOYTRACKERZ, INC.

---

**For Professional Services Rendered through May 31, 2007:**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 4/3/07 | R. Stroder | 0.20 | Email correspondence with Ms. Coop regarding damages. |
| 4/17/07 | R. Stroder | 0.70 | Email correspondence with Ms. Coop regarding motion to dismiss and cases regarding nunc pro tunc assignments. |
| 4/25/07 | R. Stroder | 0.50 | Email correspondence with Ms. Coop regarding motion to dismiss. |
| 4/26/07 | R. Stroder | 0.50 | Email correspondence with Ms. Coop regarding settlement offer and dismissal. |
| 4/30/07 | R. Stroder | 0.30 | Email correspondence with Ms. Coop regarding agenda for state court hearing. |
| 5/2/07 | R. Stroder | 0.20 | Email correspondence with Ms. Coop regarding status of state court case. |
| 5/15/07 | R. Stroder | 0.50 | Review reply in support of motion to dismiss and email correspondence with Ms. Coop regarding same and licensing issues. |
| 5/17/07 | R. Stroder | 0.30 | Email correspondence with Ms. Coop regarding procedural issues in WDMO. |
| **Total Hours** | | **3.20** | |
| **Fee Amount** | | | **$800.00** |

**TIME AND FEE SUMMARY**

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| R. Stroder | $250.00 | <u>3.20</u> | <u>$800.00</u> |
| **Totals** | | **3.20** | **$800.00** |

TOYTRACKERZ, INC.

June 7, 2007

Matter: 70000264-0001
Invoice No.: 951025

| | | |
|---|---|---|
| **Fee Total** | **$** | **800.00** |
| **Invoice Total** | **$** | **800.00** |



SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

**\*\* THIS IS NOT AN INVOICE \*\***

TOYTRACKERZ, INC.
TERRI LYNN COOP                                             June 7, 2007
302 SOUTH LOWMAN STREET
FORT SCOTT,  KS  66701                         Client/Matter #: 70000264-0001
USA

TOYTRACKERZ, INC.

---

# Statement of Account

According to our records, as of June 7, 2007, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|----------------------|-------|
| 04/09/07 | 937308 | 637.50 | (200.00) | 437.50 |
| 05/09/07 | 945175 | 575.00 | (200.00) | 375.00 |
| 06/07/07 | 951025 | 800.00 | 0.00 | 800.00 |
| | | **Total Outstanding Invoices** | | **$1,612.50** |

Questions should be directed to M. Johnson at (816) 460-2400

*Federal Tax I.D. Number 36-1796730*

*Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   West Palm Beach*

MPJ/KC



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

TOYTRACKERZ, INC.
TERRI LYNN COOP                                          August 15, 2007
302 SOUTH LOWMAN STREET
FORT SCOTT,  KS  66701                          **Invoice No. 967026**
USA

Client/Matter: 70000264-0001

TOYTRACKERZ, INC.                              Payment Due Upon Receipt

---

**Total This Invoice**                          $          **94.00**

**Please return this page with your payment to:**

Sonnenschein Nath & Rosenthal LLP
Dept. 3078
Carol Stream, IL 60132-3078

**OR**

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number*
*All payments must be in U.S. Dollars*

Questions relating to this invoice should be directed to M. Johnson at (816) 460-2400

*Federal Tax I.D. Number 36-1796730*

*Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   West Palm Beach*



American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri  64111-7700

TOYTRACKERZ, INC.                                                        August 15, 2007
TERRI LYNN COOP
302 SOUTH LOWMAN STREET                                    **Invoice No. 967026**
FORT SCOTT,  KS  66701
USA

Client/Matter:   70000264-0001

TOYTRACKERZ, INC.

_____

**For Professional Services Rendered through July 31, 2007:**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|------|-----------|-------|----------|
| 7/19/07 | R. Stroder | 0.40 | Review motion to dismiss; email correspondence with Ms. Coop regarding same. |
| **Total Hours** | | **0.40** | |
| **Fee Amount** | | | **$94.00** |

**TIME AND FEE SUMMARY**

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|-----------|------|-------|------|
| R. Stroder | $235.00 | <u>0.40</u> | <u>$94.00</u> |
| **Totals** | | **0.40** | **$94.00** |

|  |  |  |
|--|--|--|
| **Fee Total** | $ | 94.00 |
| **Invoice Total** | **$** | **94.00** |



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

## ** THIS IS NOT AN INVOICE **

TOYTRACKERZ, INC.
TERRI LYNN COOP                                                    August 15, 2007
302 SOUTH LOWMAN STREET
FORT SCOTT,  KS  66701                                  Client/Matter #: 70000264-0001
USA

TOYTRACKERZ, INC.

---

## Statement of Account

According to our records, as of August 15, 2007, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|-----------------------|-------|
| 04/09/07 | 937308 | 637.50 | (600.00) | 37.50 |
| 05/09/07 | 945175 | 575.00 | (200.00) | 375.00 |
| 06/07/07 | 951025 | 800.00 | 0.00 | 800.00 |
| 07/16/07 | 961189 | 175.00 | 0.00 | 175.00 |
| 08/15/07 | 967026 | 94.00 | 0.00 | 94.00 |
| | **Total Outstanding Invoices** | | | **$1,481.50** |

Questions should be directed to M. Johnson at (816) 460-2400

*Federal Tax I.D. Number 36-1796730*

*Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix
San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   West Palm Beach*

MPJ/KC



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

www.sonnenschein.com

TOYTRACKERZ, INC.
TERRI LYNN COOP                                                    November 12, 2007
302 SOUTH LOWMAN STREET
FORT SCOTT,  KS  66701                                    **Invoice No. 990775**
USA

Client/Matter: 70000264-0001

TOYTRACKERZ, INC.                                    **PAYMENT DUE WITHIN 10 DAYS**

---

**Total This Invoice**                              **$          211.50**

**Please return this page with your payment to:**

Sonnenschein Nath & Rosenthal LLP
Dept. 3078
Carol Stream, IL 60132-3078

**OR**

**Payment by wire transfer should be sent to:**

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  Sonnenschein Nath & Rosenthal LLP

*Please reference invoice number*
*All payments must be in U.S. Dollars*

Questions relating to this invoice should be directed to M. Johnson at (816) 460-2400

*Federal Tax I.D. Number 36-1796730*

*Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   West Palm Beach*



American Century Tower II
4520 Main Street, Suite 1100
Kansas City, Missouri  64111-7700

TOYTRACKERZ, INC.                                                                    November 12, 2007
TERRI LYNN COOP
302 SOUTH LOWMAN STREET                                              **Invoice No. 990775**
FORT SCOTT,  KS  66701
USA

Client/Matter:  70000264-0001

TOYTRACKERZ, INC.

_____

**For Professional Services Rendered through October 31, 2007:**

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Narrative</u> |
|---|---|---|---|
| 10/3/07 | R. Stroder | 0.50 | Email correspondence with Ms. Coop regarding summary judgment response and Rule 56(f) motion, and treatment of emails attached to summary judgment motion. |
| 10/11/07 | R. Stroder | 0.20 | Email correspondence with Ms. Coop regarding supporting affidavit for Rule 56(f) motion. |
| 10/25/07 | R. Stroder | 0.20 | Email correspondence with Ms. Coop regarding summary judgment motions. |
| **Total Hours** | | **0.90** | |
| **Fee Amount** | | | **$211.50** |

**<u>TIME AND FEE SUMMARY</u>**

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| R. Stroder | $235.00 | <u>0.90</u> | <u>$211.50</u> |
| **Totals** | | **0.90** | **$211.50** |

| | | |
|---|---|---|
| **Fee Total** | **$** | **211.50** |
| **Invoice Total** | **$** | **211.50** |



**SONNENSCHEIN NATH & ROSENTHAL LLP**

www.sonnenschein.com

## ** THIS IS NOT AN INVOICE **

TOYTRACKERZ, INC.
TERRI LYNN COOP                                          November 12, 2007
302 SOUTH LOWMAN STREET
FORT SCOTT,  KS  66701                          Client/Matter #: 70000264-0001
USA

TOYTRACKERZ, INC.

---

## Statement of Account

According to our records, as of November 12, 2007, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Total |
|------|-------------|----------------|------------------------|-------|
| 06/07/07 | 951025 | 800.00 | (87.50) | 712.50 |
| 07/16/07 | 961189 | 175.00 | 0.00 | 175.00 |
| 08/15/07 | 967026 | 94.00 | 0.00 | 94.00 |
| 09/10/07 | 972802 | 300.00 | 0.00 | 300.00 |
| 11/12/07 | 990775 | 211.50 | 0.00 | 211.50 |

**Total Outstanding Invoices**                                    **$1,493.00**

Questions should be directed to M. Johnson at (816) 460-2400

*Federal Tax I.D. Number 36-1796730*

*Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix*
*San Francisco   Silicon Valley   St. Louis   Short Hills, N.J.   Washington, D.C.   West Palm Beach*

MPJ/KC